Second Court of Appeals  Court of Criminal Appeals
Montgomery County  9TH Court of Appeals  Austin, Tx.

PD-0455-15

Sheila J. Sanders #1905466          §          Notice of Request

Plantiff                            §          of Time Extension

                                    §

William Stephens                    §
COURT OF CRIMINAL APPEALS
                    FILED IN
TDCJ                                §          Noted : March 18TH, 2015
                    APR 22 2015
                                    §          Via Certified Mail
Respondent          Abel Acosta, Clerk   §      7007 3020 0003 0086 2695

---

Introduction

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 21 2015

Abel Acosta, Clerk

I Sheila J. Sanders # 1905466   1401 State School Rd Gatesville, Tx. 76549
Hereby Submit Notice of Time Extension Date 04-14-15
Due To Denial of 1st Appeal # 09-14-000 31-CR AND
Cause # 12-12-12963 0-CR   # 09-14-000 32 -CR
In Reference To Proceed Pro Se, Date 3-9-15

Statement of Facts

- Appellant's Fourth Admendment Rights To Be Free of Unreasonable Search And Seizure - Blood Evidence Without A Warant and Without Examining Totality of The Circumstances for Exigency Was A Violation of Rights - Warant Requirement for Blood Draw - Did Not get Chance To Testify - I Told Attorney of Medication (Shoulder) And Lethargy

- No Therapeutic Levels Expert - Was Told By Defense Attorney Levels Were Under Legal Limit Until Day of Trial. Medication Prescribed is made of Two Components one Component Was Under Level And one Component Was A little over - Minite Level. Medication Taken Due To Bone Emplant Surgeries (2) Was Taken For Shoulder Not Abcesses.

# Conclusion

Due To The Fact That Applicant is Submitting A Petition for Time Extension. She (I) Was given Short Notice of appellate Attorney, Conclusion of First Appeal. Would like To Submit 2nd Appeal on Citation of Case Law Amendment. The Applicant Requests 45 Day File Time Extension Due To Ignorance At Law And 1st Time Applicant On Pro Se Status.

# Inmate Declaration

I Sheila J. Sanders #1905466 1401 State School gatesville, TX. 76599 Do Solemnly Swear The Above Is True And Correct Under Perjury of Law.

_Sheila J. San_

Sheila J. Sanders

#1905466          RS-1B-05

1401 State School Rd gatesville, TX. 76599

- Lethargic Due To (2) Abcessed Back Teeth - Oral Surgery Was Not Done Due To Infection And Puss Coming From Gums - The Oral Surgeon Dentist Testifies At Trial Reasons For Not Doing Surgery, Blood Pressure - Infection

- No Expert On Toxic Shock Syndrome - No Expert On Toxicology Test - The Toxicology Technician Testifies That He Was The Only One That Handled The Blood Draw Sample. Then He Admitted He Had Not Been The Only One That The Blood Draw Sample. That Other Technician Had Handled The Blood Sample.

- On Day Of My Trial Was Set For 11-16-13 The State Said They Were Not Ready To Proceed With The Trial After 340 Days Of Preperation Because Trooper Josh Pullen Was Not Available, The Judge Kathleen Hamilton Did Not Hear Case And The DA Darla Faulkner Was Now Out On Maternity Leave. The State Was Not Prepared After All This Time To Present Case. A New Judge And DA Was Given This Case The Last 2 Weeks

- Toxicology Was Not Ready For 8 Months Then Presented To Defense Attorney After Another 35-45 Days. Prolonging My Defense Attorney To Check Facts - Advised Not To Testify Because Of Past Record To Be Brought Up On Trial. Brought Up Anyway. On Opening Statement Of DA

- My Attorney Was Given A Murder Trial By Judge Hamilton The Last Months Before My Upcoming Trial. My Defense Attorney Did Not Start To Look For Witnesses Or Do Any Work On My Defense Until After The Judge Rescedales (Hamilton For The Trial Had To Be Heard By 12-2-13 Because It Had Been 8 Days Shy Of One Year Now Right To A Speedy Trial ? My Defense Attorney Came To See Me 2 Days Before Thanksgiving On A Tuesday, Then Wednesday, Thursday Is Thanksgiving. My Trial Is Monday 12-2-13. He Was Not Prepared Or Had Not Had Time To Research And Get Witnesses That Could Have Testified Of My Lethargic Condition For 70+ Days.